**UNITED STATES DISTRICT COURT**

**DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

BUC-EE'S, LTD,

Plaintiff,

v.

BORN UNITED LLC.; and DOES 1-10, inclusive,

Defendant.

# EXHIBIT A

# U. S. Trademark Registration No. 3,246,893

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 3,246,893**
**Registered May 29, 2007**

**United States Patent and Trademark Office**

## SERVICE MARK
### PRINCIPAL REGISTER

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: RETAIL STORE SERVICES FEATURING CONVENIENCE STORE ITEMS AND GASOLINE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-1-1982; IN COMMERCE 7-1-1982.

THE COLOR(S) YELLOW, RED, BROWN, BLACK AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A BROWN AND WHITE BEAVER HEAD WEARING A RED BASEBALL CAP WITHIN A YELLOW CIRCLE ALL OUTLINED IN BLACK.

SER. NO. 78-854,772, FILED 4-5-2006.

ALLISON SCHRODY, EXAMINING ATTORNEY