IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLSTON DIVISION

| | |
|---|---|
| BUC-EE'S, LTD,<br><br>              Plaintiff,<br><br>v.<br><br>BORN UNITED LLC and DOES 1-10, inclusive,<br><br>              Defendant. | Civil Action No.  2:25-cv-04537-DCN<br><br>**PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Plaintiff Buc-ees Ltd. ("Plaintiff") answers the following Interrogatories pursuant to Local Rule 26.01:

**(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

    **Answer:**     None known to Plaintiff at this time.

**(B)     As to each claim, state whether it should be tried jury or non-jury and why.**

    **Answer:**     Plaintiff has requested a jury trial.  See *Dairy Queen, Inc. v. Wood*, 369 U.S. 469, 477, 82 S.Ct. 894, 899–900, 8 L.Ed.2d 44 (1962) (trademark infringement claim held to be legal).

**(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party;**

and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

    **Answer:**    Plaintiff is not a public owned entity.

**(D)**    **State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

    **Answer:**    Defendant Born United LLC is located in this division.

**(E)**    **Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?**

    **Answer:**    No.

    Respectfully submitted,

May 27, 2025

*s/ Timothy D. St.Clair*
Timothy D. St. Clair (Federal ID # 4270)
**PARKER POE ADAMS & BERNSTEIN LLP**
110 East Court Street, Suite 200
Greenville, SC 29601
Telephone: (864) 577-6370
Email: timstclair@parkerpoe.com